1   **BRYAN CAVE LLP**
    C. Scott Greene, California Bar No. 277445
2   Andrea M. Hicks, California Bar No. 219836
    Michelle M. Cammarata, California Bar No. 250258
3   333 Market Street, 25th Floor
    San Francisco, CA 94105
4   Telephone:     (415) 675-3400
    Facsimile:     (415) 675-3434
5   Email:         scott.greene@bryancave.com
                   andrea.hicks@bryancave.com
6                  cammaratam@bryancave.com

7   Attorneys for Defendants
    BANK OF NEW YORK TRUST COMPANY, N.A., as successor Trustee to JPMorgan Chase
8   Bank, as original Trustee for the MERRILL LYNCH MORTGAGE INVESTORS SURF
    TRUST SERIES 2005-ABI; BANK OF AMERICA, N.A., as successor by merger to BAC
9   HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; MORTGAGE
    ELECTRONIC REGISTRATION SYSTEMS, INC.

10

11

12                          **UNITED STATES DISTRICT COURT**

13                         **NORTHERN DISTRICT OF CALIFORNIA**

14

15  MUHAMED ALMUTARREB and SOPHIA          Case No. C12-03061-EMC
    ALMUTARREB,

16           Plaintiffs,                   Judge: The Hon. Edward M. Chen

17           vs.                           **STIPULATION TO CONTINUE THE
                                           CASE MANAGEMENT CONFERENCE
18  BANK OF NEW YORK TRUST COMPANY,        AND [PROPOSED] ORDER**
    N.A., as successor Trustee to JPMORGAN
19  CHASE BANK, as original Trustee for the
    MERRILL LYNCH MORTGAGE
20  INVESTORS SURF TRUST SERIES 2005-
    AB1; BAC HOME LOAN SERVICING, LP;      Date Action Filed: June 14, 2012
21  RECONTRUST COMPANY, N.A.,              Trial Date: None set.
    MORTGAGE ELECTRONIC
22  REGISTRATION SYSTEMS; AND DOES 1-
    100, INCLUSIVE,

23

24           Defendants

25

26

27

28

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1    **TO THE COURT IN THE ABOVE ENTITLED ACTION:**

2          Defendants Bank of New York Trust Company, N.A., as successor Trustee to JPMorgan

3    Chase Bank, as original Trustee for the Merrill Lynch Mortgage Investors Surf Trust Series 2005-

4    ABI; Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP;

5    ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc., and Plaintiffs

6    Muhamed Almutarreb and Sophia Almutarreb (collectively "Parties") by and through their

7    counsel of record, hereby enter into the following stipulation to continue the Case Management

8

9    Conference.

10          WHEREAS, On June 14, 2012 Plaintiffs Muhamed Almutarreb and Sophia Almutarreb

11   ("Plaintiffs") filed a complaint against Defendants Bank of New York Trust Company, N.A., as

12   successor Trustee to JPMorgan Chase Bank, as original Trustee for the Merrill Lynch Mortgage

13   Investors Surf Trust Series 2005-ABI; Bank of America, N.A., as successor by merger to BAC

14   Home Loans Servicing, LP; ReconTrust Company, N.A.; Mortgage Electronic Registration

15   Systems, Inc. ("Defendants").

16

17          WHEREAS, On July 16, 2012, Defendants filed a Motion to Dismiss Plaintiffs'

18   Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(6). The Motion to Dismiss was

19   scheduled to be heard on . However, on September 24, 2012 the Court determined that the matters

20   were appropriate for resolution without oral argument and vacated the hearing, pursuant to Civil

21   Local Rule 7-1(b). The Court denied Defendants' motion to dismiss as to Plaintiffs' claim under

22   Civil Code §2923.5 and Granted with prejudice as to all remaining claims except for claims for

23   violation of FDCPA, RESPA, Quiet Title, Wrongful Foreclosure under Civil Code §2923.6 and

24   Accounting, which were dismissed with prejudice. Plaintiffs were ordered to file an amended

25   complaint within 30 days of the date of the September 24, 2012 Order, or by October 24, 2012.

26          WHEREAS, Plaintiffs intend to file an amended complaint.

27

28

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

WHEREAS, Counsel to Defendants have agreed to allow Plaintiffs an additional fourteen (14) days to file their amended complaint due to an extensive workload.  Which would require Plaintiffs to file their amended complaint by November 7, 2012.

WHEREAS, Counsel to Plaintiffs have agreed to allow Defendants to file and serve an Answer to the Civil Code §2923.5 claim and a response to the First Amended Complaint, within 21 days after the First Amended Complaint is filed and served.

WHEREAS, The initial Case Management Conference ("CMC") is currently scheduled for hearing in this Court on October 26, 2012.

WHEREAS, Good cause exists to continue the CMC because the pleadings are not at issue given that an amended complaint has not been filed. Without an operative pleading, a CMC is premature at this time because the Parties will be unable to engage in any reasonable discussion regarding the legal issues, anticipated motions, a proposed discovery plan, initial disclosures, and settlement.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

Bryan Cave LLP
333 Market Street, 25ᵀᴴ Floor
San Francisco, CA 94105

1    WHEREFORE, the Parties, by and through their respective counsel of record, hereby agree

2  and request this Court to  continue the CMC for an additional 30 to 60 days, or to a date that is

3  convenient for the Court. A Joint Case Management Statement will be filed seven (7) days before

4  the date of the continued CMC.

5

6  **IT IS SO STIPULATED.**

7

8  Dated: October 15, 2012                    **BRYAN CAVE LLP**

9

10                                            By:   /s/ Michelle M. Cammarata
                                                    Michelle M. Cammarata
11                                                  Attorneys for Defendants BANK OF NEW
                                                    YORK TRUST COMPANY, N.A., as
12                                                  successor Trustee to JPMorgan Chase Bank,
                                                    as original Trustee for the MERRILL
13                                                  LYNCH MORTGAGE INVESTORS SURF
                                                    TRUST SERIES 2005-ABI; BANK OF
14                                                  AMERICA, N.A., as successor by merger to
                                                    BAC HOME LOANS SERVICING, LP;
15                                                  RECONTRUST COMPANY, N.A.;
                                                    MORTGAGE ELECTRONIC
16                                                  REGISTRATION SYSTEMS, INC.

17

18  Dated: October 15, 2012                    **LAW OFFICE OF JASON ESTAVILLO**

19

20                                            By:   /s/ Jason W. Estavillo
                                                    Jason W. Estavillo
21                                                  Attorney for Plaintiffs
                                                    Muhamed and Sophia Almutarreb

22

23

24

25

26

27

28

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1

2

**[PROPOSED] ORDER**

3      Having reviewed the above stipulation of Defendants Bank of New York Trust Company,

4   N.A., as successor Trustee to JPMorgan Chase Bank, as original Trustee for the Merrill Lynch

5   Mortgage Investors Surf Trust Series 2005-ABI; Bank of America, N.A., as successor by merger

6   to BAC Home Loans Servicing, LP; ReconTrust Company, N.A.; Mortgage Electronic

7   Registration Systems, Inc. ("Defendants"), and Plaintiffs Muhamed Almutarreb and Sophia

8   Almutarreb ("Plaintiffs") and good cause appearing therefore, the Case Management Conference

9

10  scheduled for October 26, 2012 is hereby continued to ___January 3, 2013___ at __9:00__ a.m./p.m. and

11  Plaintiffs' amended complaint must be filed no later than November 7, 2012.

12      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14

15  Dated: _____October 18, 2012_____

16                                              Honorable Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27

28



BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105